# Exhibit A

# SUBPOENA

## BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA

To James Comey, Former Director of the Federal Bureau of Investigation

You are hereby commanded to be and appear before the
Committee on the Judiciary

of the House of Representatives of the United States at the place, date, and time specified below.

☐ **to produce the things identified on the attached schedule** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

Place of production: _____

Date: _____    Time: _____

☑ **to testify at a deposition** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

Place of testimony: 2138 Rayburn House Office Building

Date: December 3, 2018    Time: 10:00 a.m.

☐ **to testify at a hearing** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

Place of testimony: _____

Date: _____    Time: _____

To any authorized staff member or the U.S. Marshals Service _____ to serve and make return.

Witness my hand and the seal of the House of Representatives of the United States, at the city of Washington, D.C. this 21st day of November, 2018.

Bob Goodlatte
*Chairman or Authorized Member*

Attest:

Karen L. Haas
*Clerk*

# PROOF OF SERVICE

Subpoena for James Comey, Former Director of the Federal Bureau of Investigation

Address c/o David N. Kelley, Dechert LLP, 1095 Avenue of the Americas, New York, NY 10036

before the Committee on the Judiciary

U.S. House of Representatives
115th Congress

Served by (print name) Arthur Baker

Title Chief Investigative Counsel

Manner of service Electronic delivery

Date 11/21/2018

Signature of Server   /s Arthur Baker

Address 2138 Rayburn House Office Building

Washington, D.C. 20515