Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

In Re: SUBPOENA OF JAMES COMEY BY AUTHORITY
OF THE HOUSE OF REPRESENTATIVES OF THE
CONGRESS OF THE UNITED STATES OF AMERICA

    Plaintiff

vs.

    Miscellaneous No.    18-174    (TNM)

    Category  O

    Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 11/29/2018 from Judge Timothy J. Kelly to Judge Trevor N. McFadden by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:    Judge Timothy J. Kelly    & Courtroom Deputy
    Judge Trevor N. McFadden    & Courtroom Deputy
Liaison, Calendar and Case Management Committee