# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *IN RE SUBPOENA OF JAMES COMEY BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA* | Case No. 1:18-mc-00174-TNM |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), the below Counsel for James B. Comey respectfully move this Court for the admission *pro hac vice* of attorney David N. Kelley in the above-captioned action. The required declaration is filed herewith.

Dated: November 30, 2018

Respectfully submitted,

*/s/ Vincent Cohen*
Vincent Cohen
D.C. Bar No. 471489
D. Brett Kohlhofer
D.C. Bar No. 1022963
DECHERT LLP
1900 K Street, NW
Washington, D.C.  20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
Vincent.Cohen@dechert.com

*Counsel for James B. Comey*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 30, 2018, I caused the foregoing Motion for Admission *Pro Hac Vice* to be served via email on the following counsel, who have consented to service by electronic means:

    THOMAS G. HUNGAR
    TODD B. TATELMAN
    Office of the General Counsel of the
    United States House of Representatives
    219 Cannon House Office Building
    Washington, D.C.  20515-6532
    (202) 225-9700
    Thomas.hungar@mail.house.gov
    Todd.tatelman@mail.house.gov



                                                                               */s/ Vincent Cohen*
                                                                                  Vincent Cohen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *IN RE SUBPOENA OF JAMES COMEY BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA* | Case No. 1:18-mc-00174-TNM |

## DECLARATION OF DAVID N. KELLEY
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, David N. Kelley, hereby declare under penalty of perjury that the following is true and correct:

1. My full name is David Noel Kelley. I am a partner in the law firm Dechert LLP, counsel to James B. Comey. My office address and telephone number are as follows:

   Dechert LLP
   Three Bryant Park
   1095 Avenue of the Americas
   New York, NY 10036

   Tel: (212) 698-3580

2. I have been admitted to the following bars:

   Connecticut (1986)
   New York (1987)
   U.S. District Court for the District of Connecticut (1986)
   U.S. District Court for the Eastern District of New York (1996)
   U.S. District Court for the Southern District of New York (1996)
   U.S. Court of Appeals for the Second Circuit (1990)
   U.S. Court of Appeals for the Fourth Circuit (2011)

3. I certify that I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* before this Court within the last two years.

1

5. I engage in the practice of law from an office located in New York, New York and am a member of the New York bar.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated this 28th day of November, 2018.

_____
David N. Kelley

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *IN RE SUBPOENA OF JAMES B. COMEY BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA* | Case No. 1:18-mc-00174-TNM |

**[PROPOSED] ORDER GRANTING MOTION
FOR ADMISSION *PRO HAC VICE* OF DAVID N. KELLEY**

Upon consideration of the Motion for Admission *Pro Hac Vice* of David N. Kelley in the above-captioned matter and the Declaration of David N. Kelley in support thereof, it is this 30th day of November, 2018, hereby

**ORDERED** that the Motion for Admission *Pro Hac Vice* of David N. Kelley is **GRANTED.**

_____
Trevor N. McFadden
United States District Judge