**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE SUBPOENA OF JAMES COMEY BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA | )<br>)<br>) Case No. 1:18-mc-174-TNM<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

I, Thomas G. Hungar, hereby enter my appearance as counsel of record in the above-captioned case for the Committee on the Judiciary of the U.S. House of Representatives.  Please send all future notices in this matter to me.

Respectfully submitted,

*/s/ Thomas G. Hungar*
THOMAS G. HUNGAR (DC Bar No. 447783)
General Counsel

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)

*Counsel for Committee on the Judiciary of the U.S. House of Representatives*

November 30, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2018, I filed the foregoing Notice of Appearance via the U.S. District Court for the District of Columbia's CM/ECF system, which I understand caused a copy to be served on registered CM/ECF users.


*/s/ Thomas G. Hungar*
Thomas G. Hungar