# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE SUBPOENA OF JAMES COMEY BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA | ) ) ) Case No. 18-mc-174-TNM ) ) ) |

## NOTICE OF APPEARANCE

I, Kimberly Hamm, hereby enter my appearance as counsel of record in the above-captioned case for the Committee on the Judiciary of the U.S. House of Representatives. Please send all future notices in this matter to me.

    Respectfully submitted,

    */s/ Kimberly Hamm*
    KIMBERLY HAMM (DC Bar No. 1020989)
    Associate General Counsel

    OFFICE OF GENERAL COUNSEL
    U.S. HOUSE OF REPRESENTATIVES
    219 Cannon House Office Building
    Washington, D.C.  20515
    (202) 225-9700 (telephone)
    (202) 226-1360 (facsimile)

    *Counsel for the Committee on the Judiciary of the U.S. House of Representatives*

November 30, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2018, I filed the foregoing Notice of Appearance via the U.S. District Court for the District of Columbia's CM/ECF system, which I understand caused a copy to be served on registered CM/ECF users.

        */s/ Kimberly Hamm*
        Kimberly Hamm