# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *IN RE SUBPOENA OF JAMES COMEY BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA* | Case No. 1:18-mc-00174-TNM |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record,

I am admitted to practice in this Court, and I appear in this case as counsel for James B. Comey.

Dated:  November 30, 2018                    Respectfully submitted,

*/s/ D. Brett Kohlhofer*
D. Brett Kohlhofer
D.C. Bar No. 1022963
DECHERT LLP
1900 K Street, NW
Washington, D.C.  20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
d.brett.kohlhofer@dechert.com

*Counsel for James B. Comey*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2018, I caused the foregoing notice of appearance to be served via email on the following counsel, who have consented to service by electronic means:

THOMAS G. HUNGAR
TODD B. TATELMAN
Office of the General Counsel of the
United States House of Representatives
219 Cannon House Office Building
Washington, D.C.  20515-6532
(202) 225-9700
Thomas.hungar@mail.house.gov
Todd.tatelman@mail.house.gov

/s/ D. Brett Kohlhofer
D. Brett Kohlhofer