## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

*IN RE SUBPOENA OF JAMES COMEY BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA*

Case No. 1:18-mc-00174-TNM

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), the below Counsel for James B. Comey respectfully move this Court for the admission *pro hac vice* of attorney Jeffrey A. Brown in the above-captioned action.  The required declaration is filed herewith.

Dated: November 30, 2018

Respectfully submitted,

*/s/ Vincent Cohen*
Vincent Cohen
D.C. Bar No. 471489
D. Brett Kohlhofer
D.C. Bar No. 1022963
DECHERT LLP
1900 K Street, NW
Washington, D.C.  20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
Vincent.Cohen@dechert.com

*Counsel for James B. Comey*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2018, I caused the foregoing Motion for

Admission *Pro Hac Vice* to be served via email on the following counsel, who have consented

to service by electronic means:

THOMAS G. HUNGAR
TODD B. TATELMAN
Office of the General Counsel of the
United States House of Representatives
219 Cannon House Office Building
Washington, D.C.  20515-6532
(202) 225-9700
Thomas.hungar@mail.house.gov
Todd.tatelman@mail.house.gov


*/s/ Vincent Cohen*
Vincent Cohen

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| *IN RE SUBPOENA OF JAMES COMEY BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA* | Case No. 1:18-mc-00174-TNM |

**DECLARATION OF JEFFREY A. BROWN**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Jeffrey A. Brown, hereby declare under penalty of perjury that the following is true and correct:

1.      My full name is Jeffrey Alan Brown. I am a partner in the law firm Dechert LLP, counsel to James B. Comey.  My office address and telephone number are as follows:

> Dechert LLP
> Three Bryant Park
> 1095 Avenue of the Americas
> New York, NY 10036
>
> Tel: (212) 698-3500

2.      I have been admitted to the following bars:

> New York (2000)
> U.S. District Court for the Eastern District of New York (2014)
> U.S. District Court for the Southern District of New York (2014)
> U.S. Court of Appeals for the Second Circuit (2006)

3.      I certify that I have not been disciplined by any bar.

4.      I have not been admitted *pro hac vice* before this Court within the last two years.

5.      I engage in the practice of law from an office located in New York, New York and am a member of the New York bar.

1

6.     I declare under penalty of perjury that the foregoing is true and correct.

Dated this 30th day of November, 2018.

_____
Jeffrey A. Brown

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

*IN RE SUBPOENA OF JAMES B. COMEY BY*
*AUTHORITY OF THE HOUSE OF*
*REPRESENTATIVES OF THE CONGRESS OF THE*
*UNITED STATES OF AMERICA*

Case No. 1:18-mc-00174-TNM

**[PROPOSED] ORDER GRANTING MOTION**
**FOR ADMISSION *PRO HAC VICE* OF JEFFREY A. BROWN**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Jeffrey A. Brown in the

above-captioned matter and the Declaration of Jeffrey A. Brown in support thereof, it is this 30th

day of November, 2018, hereby

**ORDERED** that the Motion for Admission *Pro Hac Vice* of Jeffrey A. Brown is

**GRANTED.**

_____
Trevor N. McFadden
United States District Judge