UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *IN RE SUBPOENA OF JAMES COMEY BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA* | Case No. 1:18-mc-00174-TNM |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), the below Counsel for James B. Comey respectfully move this Court for the admission *pro hac vice* of attorney Kaitlyn N. Walsh in the above-captioned action. The required declaration is filed herewith.

Dated: November 30, 2018                Respectfully submitted,

                        */s/ Vincent Cohen*
                        Vincent Cohen
                        D.C. Bar No. 471489
                        D. Brett Kohlhofer
                        D.C. Bar No. 1022963
                        DECHERT LLP
                        1900 K Street, NW
                        Washington, D.C.  20006
                        Telephone: (202) 261-3300
                        Facsimile: (202) 261-3333
                        Vincent.Cohen@dechert.com

                        *Counsel for James B. Comey*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2018, I caused the foregoing Motion for Admission *Pro Hac Vice* to be served via email on the following counsel, who have consented to service by electronic means:

THOMAS G. HUNGAR
TODD B. TATELMAN
Office of the General Counsel of the
United States House of Representatives
219 Cannon House Office Building
Washington, D.C.  20515-6532
(202) 225-9700
Thomas.hungar@mail.house.gov
Todd.tatelman@mail.house.gov



*/s/ Vincent Cohen*
Vincent Cohen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*IN RE SUBPOENA OF JAMES COMEY BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA*

Case No. 1:18-mc-00174-TNM

**DECLARATION OF KAITLYN N. WALSH
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Kaitlyn N. Walsh, hereby declare under penalty of perjury that the following is true and correct:

1. My full name is Kaitlyn Nicole Walsh. I am an associate in the law firm Dechert LLP, counsel to James B. Comey. My office address and telephone number are as follows:

    Dechert LLP
    Three Bryant Park
    1095 Avenue of the Americas
    New York, NY 10036

    Tel: (212) 698-3500

2. I have been admitted to the following bars:

    New York (2018)
    U.S. District Court for the Eastern District of New York (2018)
    U.S. District Court for the Southern District of New York (2018)

3. I certify that I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* before this Court within the last two years.

5. I engage in the practice of law from an office located in New York, New York and am a member of the New York bar.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated this 30th day of November, 2018.

_____
Kaitlyn N. Walsh

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *IN RE SUBPOENA OF JAMES B. COMEY BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA* | Case No. 1:18-mc-00174-TNM |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF KAITLYN N. WALSH

Upon consideration of the Motion for Admission *Pro Hac Vice* of Kaitlyn N. Walsh in the above-captioned matter and the Declaration of Kaitlyn N. Walsh in support thereof, it is this 30th day of November, 2018, hereby

**ORDERED** that the Motion for Admission *Pro Hac Vice* of Kaitlyn N. Walsh is **GRANTED.**

_____
Trevor N. McFadden
United States District Judge