**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| *IN RE SUBPOENA OF JAMES COMEY BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA* | Case No. 1:18-mc-00174-TNM |

**CONSENT MOTION TO WITHDRAW**
**PENDING MOTIONS AND VACATE HEARING**

James B. Comey, by and through undersigned counsel, respectfully moves the Court to withdraw his Motion to Quash the Congressional Subpoena (ECF No. 1) and Motion to Stay Congressional Proceedings Pursuant to Congressional Subpoena (ECF No. 2). In addition, Mr. Comey moves to vacate the hearing scheduled for December 3, 2018 at 10:00 AM.

Mr. Comey appreciates the Court's attention to the above-captioned matter, but has now reached an acceptable accommodation with U.S. House of Representatives Committee on the Judiciary for voluntary testimony.

Counsel for the United States House of Representatives consents to the relief requested in this motion.

Dated: December 2, 2018

Respectfully submitted,

| | |
|---|---|
|   */s/ Vincent Cohen*              <br> Vincent Cohen (No. 471489) <br> D. Brett Kohlhofer (No. 1022963) <br> DECHERT LLP <br> 1900 K Street, NW <br> Washington, D.C. 20006 <br> Telephone: (202) 261-3300 <br> Facsimile: (202) 261-3333 <br> Vincent.Cohen@dechert.com |  */s/ David N. Kelley*              <br> David N. Kelley (*pro hac vice*) <br> Jeffrey Brown (*pro hac vice*) <br> Kaitlyn N. Walsh (*pro hac vice*) <br> DECHERT LLP <br> Three Bryant Park <br> 1095 Avenue of the Americas <br> New York, NY 10036 <br> Telephone: (212) 698-3580 <br> Facsimile: (212) 698-0460 <br> David.Kelley@dechert.com |

*Attorneys for James B. Comey*

**CERTIFICATE OF SERVICE**

I certify that on December 2, 2018 I caused the foregoing Motion to Withdraw Pending Motions and Vacate Hearing to be filed via the Court's CM/ECF system, which will serve the foregoing papers on all registered parties.

                                                  */s/ D. Brett Kohlhofer*
                                                  D. Brett Kohlhofer

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| *IN RE SUBPOENA OF JAMES COMEY BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA* | Case No. 1:18-mc-00174-TNM |

**[PROPOSED] ORDER**

AND NOW, on this ___ day of December, 2018, upon consideration of the instant Consent Motion to Withdraw Pending Motions and Vacate Hearing, it is hereby ORDERED that the Motion is GRANTED, the pending motions (ECF Nos. 1 and 2) are WITHDRAWN, and the hearing scheduled for December 3, 2018 at 10:00 AM is VACATED.

_____                                          _____
Date                                                                                        Trevor N. McFadden
                                                                                                United States District Judge